In the Matter of the Probate of the Will of JOSEPH C. GREFF, Deceased.

LESTER M. GREFF, Appellant; CHARLES A. PORTH et al., Respondents.

Submitted June 1, 1948; decided June 4, 1948.

*Peter J. Haberkorn* for motion.
*John N. Schilling* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.